**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tyisha Baxter** | Social Security number or ITIN  **xxx–xx–4624** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Virginia**

Case number:  **19–10808–BFK**

## Discharge of Debtor                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tyisha Baxter

July 15, 2019                                     **For the court:**      William C. Redden
                                                                           Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                           **Discharge of Debtor**                           page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                Eastern District of Virginia
In re:                                                              Case No. 19-10808-BFK
Tyisha Baxter                                                       Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0422-9          User: jonesar                Page 1 of 2                  Date Rcvd: Jul 15, 2019
                              Form ID: 318                 Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db             +Tyisha Baxter,    905 N. Patrick St, Apt. 103,    Alexandria, VA 22314-6445
14762626      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,    Attn: Bankruptcy,    Po Box 5010,
                Woodland Hills, CA 91365-0000)
14762629       +Carplex,    7851 Pendleton Pike,    Indianapolis, IN 46226-3954
14762630        Cash Advance Inc.,    8901 South Hilton Place,    Philadelphia, PA 19125-0000
14762631       +Consilience Investments LLC,    3219 Columbia Pike,    Arlington, VA 22204-4356
14762632       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
14762634       +Dominion Management Svcs Inc.,    d/b/a Cash Point,    1614 S. Rock Rd.,    Wichita, KS 67207-5149
14762641        PNC BANK,    PO Box 5570,    Wilmington, DE 19801-0000
14762639       +Phoenix Financial Services. Llc,    Attn: Bankruptcy,    Po Box 361450,
                Indianapolis, IN 46236-1450
14762640       +Pinnacle Financial G,    8311 Wisconsin Ave,    Bethesda, MD 20814-3126
14762644       +Utility Management Solutions,    7607 Equitable Drive,    Eden Prairie, MN 55344-3600
14762645       +VA Dept. of Motor Vehicles,    PO Box 27412,    Richmond, VA 23269-7412
14762646       +Wells Fargo,    9648 Burke Lake Rd.,    Burke, VA 22015-3053
14762647       +Williams Rush & Assoc.,    4144 N Central Expressway,    Dallas, TX 75204-2112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BDFKING Jul 16 2019 07:58:00      Donald F. King,    1775 Wiehle Avenue, Suite 400,
                Reston, VA 20190-5159
14762624       +EDI: ACECASHXPRESS.COM Jul 16 2019 07:58:00      ACE Cash,    1231 Greenway Drive,    Suite 600,
                Irving, TX 75038-2511
14762625       +EDI: CINGMIDLAND.COM Jul 16 2019 07:58:00      AT&T,    PO Box 536216,    Atlanta, GA 30353-6216
14762628       +EDI: CAPITALONE.COM Jul 16 2019 07:58:00      Capital One,    P.O. Box 30285,
                Salt Lake City, UT 84130-0285
14762627       +EDI: CAPITALONE.COM Jul 16 2019 07:58:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
14762633       +EDI: NAVIENTFKASMDOE.COM Jul 16 2019 07:58:00      Dept of Ed / Navient,    Attn: Claims Dept,
                Po Box 9635,    Wilkes-Barre, PA 18773-9635
14762635       +E-mail/Text: bknotice@ercbpo.com Jul 16 2019 04:09:03      ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14762636        EDI: JEFFERSONCAP.COM Jul 16 2019 07:58:00      Jefferson Capital Systems, LLC,    Po Box 1999,
                Saint Cloud, MN 56302-0000
14762638       +EDI: NFCU.COM Jul 16 2019 07:58:00      Navy Federal Credit Union,    PO Box 3501,
                Merrifield, VA 22119-3501
14762642       +EDI: STF1.COM Jul 16 2019 07:58:00      Suntrust,    Attn: Bankruptcy,    PO Box 85092,
                Richmond, VA 23285-5092
14762643        EDI: TDBANKNORTH.COM Jul 16 2019 07:58:00      TD Bank,    1701 Route 70 East,
                Cherry Hill, NJ 08034-0000
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14762637        Joshua Ferguson
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0422-9          User: jonesar              Page 2 of 2              Date Rcvd: Jul 15, 2019
                              Form ID: 318               Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:

        Ashvin  Pandurangi    on behalf of Debtor Tyisha  Baxter ap@aplawg.com, preea@aplawg.com;pandurangiar78675@notify.bestcase.com
        Donald F. King    Kingtrustee@ofplaw.com, va50@ecfcbis.com
        John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov

                                                                                                                                      TOTAL: 3